# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MCNIFF, PETER J. | U.S. Bank. Crt.-Dist. of WY | 05/3/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| CHIEF BANKRUPTCY JUDGE-Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

2120 CAPITOL AVE., RM. 8024
CHEYENNE, WY 82001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 6/1967 | State of WY Retirement Plan $358/mo. beginning 8/16/90 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 05/3/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 05/3/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Home Mortgage | Mortgage on Real Estate--Blue Hill, ME (Part VII, Line 5) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Accounts-Wyo Bank & Trust | A | Int./Div. | O | T | | | | | |
| 2. Lazy E Bar E Prtrshp | | None | O | W | | | | | |
| 3. Whitaker West Ltd Liab Co. (appraisal 12/99) | | None | L | Q | | | | | |
| 4. Royalty Int.- Laramie County, Wyoming | F | Royalty | N | W | | | | | |
| 5. Real Estate--Blue Hill, ME | | None | M | W | | | | | |
| 6. Trust #1 | | None | | | | | | | See note in Part VIII |
| 7. Intrnl Invstrs Van Eck Fund | A | Dividend | J | T | | | | | |
| 8. X-Aspen Exploration | | None | J | W | | | | | |
| 9. Art Work & Books | | None | J | W | | | | | |
| 10. Jewelry | | None | J | W | | | | | |
| 11. RBC Money Market Fund | A | Int./Div. | K | T | | | | | |
| 12. BROKERAGE ACCOUNT 86 | | | | | | | | | |
| 13. Abbott Laboratories | A | Dividend | K | T | | | | | |
| 14. Accenture PLC Ireland | A | Dividend | J | T | Buy (add'l) | 03/28/11 | J | | |
| 15. | | | | | Buy (add'l) | 05/10/11 | J | | |
| 16. Akamai Technologies Inc | | None | | | Buy | 03/28/11 | J | | |
| 17. | | | | | Sold | 05/12/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. America Movil SAB De CV | A | Dividend | J | T | Sold (part) | 08/17/11 | J | A | |
| 19. Amphenol Corp | A | Dividend | J | T | Buy | 03/28/11 | J | | |
| 20. | | | | | Buy (add'l) | 05/20/11 | J | | |
| 21. Anadarko Petroleum Corp | A | Dividend | L | T | Sold (part) | 03/28/11 | J | C | |
| 22. Apple, Inc | | None | K | T | | | | | |
| 23. AT&T Inc | A | Dividend | J | T | | | | | |
| 24. Autodesk Inc | | None | J | T | Buy | 03/28/11 | J | | |
| 25. | | | | | Buy (add'l) | 05/20/11 | J | | |
| 26. Automatic Data Processing | A | Dividend | | | Sold | 03/28/11 | J | C | |
| 27. Baxter International, Inc. | A | Dividend | K | T | Sold (part) | 08/17/11 | J | A | |
| 28. Bed Bath & Beyond, Inc. | | None | | | Sold | 03/28/11 | J | D | |
| 29. Carbo Ceramics Inc | A | Dividend | J | T | Buy | 05/20/11 | J | | |
| 30. Chevron Corp | A | Dividend | | | Sold | 03/28/11 | J | C | |
| 31. Cisco Sys Inc | A | Dividend | J | T | Sold (part) | 08/17/11 | J | A | |
| 32. Coach Inc | A | Dividend | J | T | Buy | 03/28/11 | J | | |
| 33. Corn Products Intl | A | Dividend | J | T | Sold (part) | 03/28/11 | J | B | |
| 34. Costco Whsl Corp. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CVS Caremark Corp | A | Dividend | | | Sold | 03/28/11 | J | B | |
| 36. Devon Energy Corp | A | Dividend | | | Sold | 03/28/11 | J | B | |
| 37. Dicks Sporting Goods Inc | A | Dividend | J | T | Buy | 03/28/11 | J | | |
| 38. | | | | | Buy (add'l) | 05/10/11 | J | | |
| 39. Donaldson Co Inc | A | Dividend | J | T | Buy | 03/28/11 | J | | |
| 40. | | | | | Buy (add'l) | 05/10/11 | J | | |
| 41. Dow Chemical Co. | A | Dividend | J | T | | | | | |
| 42. Ecolab, Inc. | A | Dividend | J | T | Buy (add'l) | 03/28/11 | J | | |
| 43. | | | | | Buy (add'l) | 08/17/11 | J | | |
| 44. EMC Corp-Mass | | None | J | T | Buy (add'l) | 03/28/11 | J | | |
| 45. | | | | | Buy (add'l) | 05/10/11 | J | | |
| 46. Emerson Electric Co. | A | Dividend | J | T | | | | | |
| 47. Estee Lauder Companies Inc | A | Dividend | J | T | Buy | 05/10/11 | J | | |
| 48. | | | | | Buy (add'l) | 08/17/11 | J | | |
| 49. Exxon Mobile Corp. | C | Dividend | M | T | Sold (part) | 03/28/11 | J | C | |
| 50. General Electric Co. | A | Dividend | J | T | Buy (add'l) | 05/20/11 | J | | |
| 51. Google Inc | | None | J | T | Buy | 03/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Honeywell Intl Inc | A | Dividend | J | T | | | | | |
| 53. Hormel Foods Corp | A | Dividend | J | T | Buy | 08/22/11 | J | | |
| 54. Intl Business Mach Corp | A | Dividend | K | T | Sold (part) | 03/04/11 | J | | |
| 55. Johnson & Johnson | A | Dividend | K | T | Sold (part) | 03/04/11 | J | A | |
| 56. Kimberly Clark Corp | A | Dividend | | | Sold | 04/11/11 | J | A | |
| 57. Kraft Foods Inc | A | Dividend | J | T | | | | | |
| 58. Lowes Companies Inc | A | Dividend | J | T | | | | | |
| 59. Marriott Intl Inc | A | Dividend | K | T | | | | | |
| 60. Marriott Vacations Worlwide | | None | J | T | Spinoff (from line 59) | 11/22/11 | J | | |
| 61. Microsoft Corp | A | Dividend | | | Sold | 03/28/11 | J | C | |
| 62. National Oilwell Varco | A | Dividend | J | T | | | | | |
| 63. Nike Inc. | A | Dividend | J | T | | | | | |
| 64. Novo Nordisk A/S-ADR | | None | J | T | Buy | 03/28/11 | J | | |
| 65. | | | | | Buy (add'l) | 05/20/11 | J | | |
| 66. Occidental Petrol Corp | A | Dividend | J | T | Buy (add'l) | 05/10/11 | J | | |
| 67. Oracle Corp | A | Dividend | J | T | | | | | |
| 68. O'Reilly Automotive Inc | | None | J | T | Buy (add'l) | 03/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 08/17/11 | J | | |
| 70. Peabody Energy Corp | A | Dividend | | | Buy (add'l) | 05/10/11 | J | | |
| 71. | | | | | Sold | 12/27/11 | J | A | |
| 72. Pepsico Inc | A | Dividend | J | T | Buy (add'l) | 05/20/11 | J | | |
| 73. Petsmart Inc. | A | Dividend | J | T | Buy (add'l) | 03/28/11 | J | | |
| 74. | | | | | Buy (add'l) | 05/10/11 | J | | |
| 75. Praxair Inc | A | Dividend | K | T | | | | | |
| 76. Price, T. Rowe Grp Inc. | A | Dividend | J | T | Sold (part) | 08/17/11 | J | A | |
| 77. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 78. Prudential Fincl Inc. | A | Dividend | J | T | Sold (part) | 08/17/11 | J | A | |
| 79. Qualcomm Inc | A | Dividend | J | T | Buy | 05/10/11 | J | | |
| 80. Schlumberger Ltd | A | Dividend | J | T | Buy (add'l) | 05/10/11 | J | | |
| 81. | | | | | Buy (add'l) | 05/20/11 | J | | |
| 82. Southwestern Energy Co | | None | | | Buy | 05/10/11 | J | | |
| 83. | | | | | Sold | 10/07/11 | J | A | |
| 84. Stryker Corp | A | Dividend | J | T | Buy | 03/28/11 | J | | |
| 85. | | | | | Buy (add'l) | 05/20/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Target Corp | A | Dividend | J | T | | | | | |
| 87. | Texas Instruments Inc | A | Dividend | | | Sold | 03/28/11 | J | C | |
| 88. | Time Warner Inc | A | Dividend | | | Sold | 03/28/11 | J | B | |
| 89. | Union Pacific Corp | B | Dividend | M | T | Sold (part) | 03/28/11 | J | C | |
| 90. | Walgreen Co | A | Dividend | J | T | Buy | 03/28/11 | J | | |
| 91. | | | | | | Buy (add'l) | 05/20/11 | J | | |
| 92. | Waters Corp | | None | K | T | | | | | |
| 93. | Xilinx Inc | A | Dividend | | | Sold | 03/28/11 | J | C | |
| 94. | BROKERAGE ACCOUNT 88 | | | | | | | | | |
| 95. | Aeropostale | | None | J | T | Buy (add'l) | 05/20/11 | J | | |
| 96. | | | | | | Sold (part) | 08/08/11 | J | A | |
| 97. | | | | | | Buy (add'l) | 09/26/11 | J | | |
| 98. | Amedisys Inc | | None | | | Buy (add'l) | 04/06/11 | J | | |
| 99. | | | | | | Buy (add'l) | 08/31/11 | J | | |
| 100. | | | | | | Sold | 11/02/11 | J | A | |
| 101. | Ametek Inc | | None | | | Sold | 02/10/11 | J | A | |
| 102. | AMN Healthcare Svcs Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Ascena Retail Group Inc | | None | J | T | Buy | 12/08/11 | J | | |
| 104. Associated Banc Corp | A | Dividend | J | T | Sold (part) | 03/21/11 | J | A | |
| 105. ATMI Inc. | | None | J | T | Sold (part) | 03/21/11 | J | A | |
| 106. Avid Technology Inc. | | None | J | T | Buy (add'l) | 02/04/11 | J | | |
| 107. | | | | | Sold (part) | 03/29/11 | J | A | |
| 108. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 109. | | | | | Buy (add'l) | 11/02/11 | J | | |
| 110. | | | | | Buy (add'l) | 11/10/11 | J | | |
| 111. Bio-Rad Lab Inc. | | None | J | T | | | | | |
| 112. Brocade Communications Sys | | None | | | Sold (part) | 06/14/11 | J | A | |
| 113. | | | | | Buy (add'l) | 08/05/11 | J | | |
| 114. | | | | | Sold | 08/24/11 | J | A | |
| 115. Carter's Inc | | None | J | T | Sold (part) | 08/10/11 | J | A | |
| 116. | | | | | Sold (part) | 12/22/11 | J | A | |
| 117. Cathay General Bancorp | A | Dividend | J | T | Sold (part) | 02/01/11 | J | A | |
| 118. | | | | | Sold (part) | 03/21/11 | J | A | |
| 119. | | | | | Buy (add'l) | 12/06/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  CEC Entertainment Inc | A | Dividend | | | Sold | 08/17/11 | J | A | |
| 121.  Charles River Labs | | None | J | T | Sold (part) | 10/10/11 | J | A | |
| 122. | | | | | Buy (add'l) | 12/02/11 | J | | |
| 123. | | | | | Buy (add'l) | 12/06/11 | J | | |
| 124.  Chemed Corp | A | Dividend | | | Sold | 10/20/11 | J | A | |
| 125.  Copart Inc. | | None | | | Sold (part) | 02/01/11 | J | A | |
| 126. | | | | | Sold (part) | 07/05/11 | J | A | |
| 127. | | | | | Sold | 08/23/11 | J | A | |
| 128.  Covance Inc. | | None | J | T | | | | | |
| 129.  CVB Financial Corp | A | Dividend | J | T | Buy (add'l) | 02/23/11 | J | | |
| 130. | | | | | Sold (part) | 08/11/11 | J | A | |
| 131.  Dealertrack Hldgs Inc. | | None | J | T | Sold (part) | 03/21/11 | J | A | |
| 132. | | | | | Sold (part) | 04/29/11 | J | A | |
| 133. | | | | | Sold (part) | 05/10/11 | J | A | |
| 134. | | | | | Sold (part) | 12/02/11 | J | A | |
| 135.  Dreamworks Animation SKG | | None | J | T | Buy | 07/26/11 | J | | |
| 136. | | | | | Sold (part) | 08/08/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Dril-Quip Inc | | None | J | T | Buy | 08/05/11 | J | | |
| 138. | | | | | Buy (add'l) | 08/09/11 | J | | |
| 139. | | | | | Buy (add'l) | 08/12/11 | J | | |
| 140. | | | | | Buy (add'l) | 08/17/11 | J | | |
| 141. | | | | | Sold (part) | 12/01/11 | J | A | |
| 142. Eaton Vance Corp | A | Dividend | J | T | Buy | 10/06/11 | J | | |
| 143. | | | | | Buy (add'l) | 10/19/11 | J | | |
| 144. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 145. El Paso Electric Co | | None | | | Sold | 01/10/11 | J | A | |
| 146. Electronics for Imaging | | None | J | T | Sold (part) | 03/21/11 | J | A | |
| 147. Entegris Inc. | | None | J | T | Sold (part) | 10/13/11 | J | A | |
| 148. | | | | | Sold (part) | 11/16/11 | J | A | |
| 149. | | | | | Sold (part) | 12/29/11 | J | A | |
| 150. Ethan Allen Interiors | A | Dividend | J | T | Sold (part) | 03/21/11 | J | A | |
| 151. First Midwest Bancorp | A | Dividend | | | Buy | 02/24/11 | J | | |
| 152. | | | | | Buy (add'l) | 03/07/11 | J | | |
| 153. | | | | | Sold (part) | 03/21/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 08/17/11 | J | A | |
| 155.  Flowers Foods Inc. | A | Dividend | | | Sold (part) | 03/21/11 | J | A | |
| 156. | | | | | Sold (part) | 07/01/11 | J | A | |
| 157. | | | | | Sold (part) | 07/22/11 | J | A | |
| 158. | | | | | Sold | 08/12/11 | J | A | |
| 159.  Forward Air Corp | A | Dividend | J | T | Sold (part) | 03/21/11 | J | A | |
| 160. | | | | | Sold (part) | 11/15/11 | J | A | |
| 161. | | | | | Sold (part) | 12/22/11 | J | A | |
| 162.  FTI Consulting Inc. | | None | | | Sold (part) | 03/21/11 | J | A | |
| 163. | | | | | Sold (part) | 03/29/11 | J | A | |
| 164. | | | | | Sold | 07/12/11 | J | A | |
| 165.  General Communication Inc. | | None | J | T | | | | | |
| 166.  Glacier Bancorp Inc | A | Dividend | J | T | Buy | 03/15/11 | J | | |
| 167. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 168.  Glatfelter | A | Dividend | J | T | Sold (part) | 03/21/11 | J | A | |
| 169. | | | | | Sold (part) | 12/23/11 | J | A | |
| 170.  Group 1 Automotive Inc. | A | Dividend | J | T | Sold (part) | 04/26/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 07/26/11 | J | A | |
| 172. | | | | | Sold (part) | 10/10/11 | J | A | |
| 173. Health Management Assoc | | None | | | Sold | 04/11/11 | J | A | |
| 174. Heidrick & Struggles Intl | A | Dividend | | | Buy (add'l) | 04/29/11 | J | | |
| 175. | | | | | Sold | 08/22/11 | J | A | |
| 176. Hancock Holding Co | A | Dividend | J | T | Buy | 08/10/11 | J | | |
| 177. | | | | | Buy (add'l) | 08/17/11 | J | | |
| 178. Horace Mann Educators Corp | A | Dividend | J | T | Sold (part) | 03/21/11 | J | A | |
| 179. ICU Medical Inc. | | None | | | Sold (part) | 04/25/11 | J | A | |
| 180. | | | | | Sold | 04/26/11 | J | A | |
| 181. IDEX Corp | | None | J | T | Buy | 10/19/11 | J | | |
| 182. | | | | | Buy (add'l) | 11/01/11 | J | | |
| 183. J&J Snack Food Corp | A | Dividend | J | T | Sold (part) | 03/21/11 | J | A | |
| 184. Jabil Circuit Inc. | | None | J | T | Sold (part) | 03/21/11 | J | A | |
| 185. | | | | | Sold (part) | 10/10/11 | J | A | |
| 186. Janus Capital Group Inc | A | Dividend | J | T | Buy | 07/18/11 | J | | |
| 187. | | | | | Buy (add'l) | 08/30/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 10/06/11 | J | A | |
| 189. Jones Lang Lasalle Inc | A | Dividend | J | T | Buy | 09/20/11 | J | | |
| 190. | | | | | Buy (add'l) | 09/27/11 | J | | |
| 191. Joseph A Bank Clothiers | | None | J | T | Buy | 01/07/11 | J | | |
| 192. | | | | | Sold (part) | 08/10/11 | J | A | |
| 193. Kar Auction Serv Inc. | | None | J | T | Sold (part) | 03/21/11 | J | A | |
| 194. | | | | | Buy (add'l) | 08/15/11 | J | | |
| 195. | | | | | Buy (add'l) | 11/01/11 | J | | |
| 196. Korn Ferry Intl | | None | J | T | Buy | 08/22/11 | J | | |
| 197. | | | | | Buy (add'l) | 09/19/11 | J | | |
| 198. | | | | | Buy (add'l) | 09/27/11 | J | | |
| 199. Landstar Systems Inc. | A | Dividend | J | T | Sold (part) | 03/21/11 | J | A | |
| 200. | | | | | Sold (part) | 09/20/11 | J | A | |
| 201. | | | | | Sold (part) | 10/10/11 | J | A | |
| 202. | | | | | Sold (part) | 10/21/11 | J | A | |
| 203. MDC Holdings Inc | A | Dividend | | | Buy (add'l) | 02/25/11 | J | | |
| 204. | | | | | Sold (part) | 06/17/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 09/19/11 | J | A | |
| 206. Oasis Petroleum Inc | | None | | | Buy | 08/31/11 | J | | |
| 207. | | | | | Sold (part) | 10/21/11 | J | A | |
| 208. | | | | | Sold | 11/03/11 | J | A | |
| 209. Oceaneering Intl Inc. | A | Dividend | J | T | Sold (part) | 04/05/11 | J | A | |
| 210. | | | | | Sold (part) | 09/16/11 | J | A | |
| 211. | | | | | Sold (part) | 12/01/11 | J | A | |
| 212. | | | | | Sold (part) | 12/02/11 | J | A | |
| 213. Officemax Inc. | | None | J | T | Buy (add'l) | 01/25/11 | J | | |
| 214. | | | | | Buy (add'l) | 02/09/11 | J | | |
| 215. | | | | | Sold (part) | 03/21/11 | J | A | |
| 216. | | | | | Buy (add'l) | 04/28/11 | J | | |
| 217. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 218. | | | | | Buy (add'l) | 06/13/11 | J | | |
| 219. | | | | | Buy (add'l) | 08/17/11 | J | | |
| 220. | | | | | Buy (add'l) | 12/02/11 | J | | |
| 221. Papa Johns Intl Inc. | | None | | | Sold (part) | 03/21/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 08/15/11 | J | A | |
| 223. | | | | | Sold | 08/29/11 | J | A | |
| 224. PF Changs China Bistro | A | Dividend | J | T | Buy | 04/29/11 | J | | |
| 225. | | | | | Buy (add'l) | 07/27/11 | J | | |
| 226. Pike Elec Corp | | None | J | T | Sold (part) | 03/21/11 | J | A | |
| 227. | | | | | Buy (add'l) | 06/13/11 | J | | |
| 228. Plantronics Inc. | A | Dividend | J | T | Sold (part) | 01/03/11 | J | A | |
| 229. Ralcorp Holdings Inc. | | None | J | T | Sold (part) | 03/21/11 | J | A | |
| 230. | | | | | Sold (part) | 09/20/11 | J | A | |
| 231. Raymond James Fincl | A | Dividend | | | Sold | 04/01/11 | J | A | |
| 232. RC2 Corp | | None | | | Buy (add'l) | 01/21/11 | J | | |
| 233. | | | | | Buy (add'l) | 02/16/11 | J | | |
| 234. | | | | | Sold (part) | 03/15/11 | J | A | |
| 235. | | | | | Sold | 04/27/11 | J | A | |
| 236. Resources Global Prof | A | Dividend | J | T | Sold (part) | 03/21/11 | J | A | |
| 237. | | | | | Buy (add'l) | 04/12/11 | J | | |
| 238. | | | | | Buy (add'l) | 06/15/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 07/12/11 | J | | |
| 240. | | | | | Sold (part) | 09/27/11 | J | A | |
| 241. Schawk Inc. | A | Dividend | J | T | Sold (part) | 03/21/11 | J | A | |
| 242. School Specialty Inc. | | None | J | T | Buy | 01/06/11 | J | | |
| 243. | | | | | Buy (add'l) | 08/17/11 | J | | |
| 244. Selective Insurance Group Inc. | A | Dividend | | | Buy (add'l) | 01/31/11 | J | | |
| 245. | | | | | Sold (part) | 03/21/11 | J | A | |
| 246. | | | | | Sold (part) | 08/10/11 | J | A | |
| 247. | | | | | Sold | 09/30/11 | J | A | |
| 248. Semtech Corp | | None | J | T | Buy | 08/01/11 | J | | |
| 249. | | | | | Buy (add'l) | 08/25/11 | J | | |
| 250. | | | | | Sold (part) | 12/29/11 | J | A | |
| 251. Six Flags Entertainment | A | Dividend | J | T | Buy | 09/19/11 | J | | |
| 252. | | | | | Buy (add'l) | 09/26/11 | J | | |
| 253. | | | | | Buy (add'l) | 09/27/11 | J | | |
| 254. | | | | | Sold (part) | 12/05/11 | J | A | |
| 255. Sothebys | A | Dividend | | | Buy | 08/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 08/11/11 | J | | |
| 257. | | | | | Buy (add'l) | 08/17/11 | J | | |
| 258. | | | | | Buy (add'l) | 10/25/11 | J | | |
| 259. | | | | | Sold (part) | 10/10/11 | J | A | |
| 260. | | | | | Sold | 12/30/11 | J | A | |
| 261. Stancorp Finl Group | A | Dividend | J | T | Buy (add'l) | 02/22/11 | J | | |
| 262. | | | | | Sold (part) | 10/10/11 | J | A | |
| 263. Steris Corp | A | Dividend | J | T | Sold (part) | 03/21/11 | J | A | |
| 264. | | | | | Buy (add'l) | 04/05/11 | J | | |
| 265. | | | | | Buy (add'l) | 11/07/11 | J | | |
| 266. Sterling Bancshares | | None | | | Sold | 01/18/11 | J | A | |
| 267. Stifel Financial Corp | | None | J | T | Buy | 08/11/11 | J | | |
| 268. | | | | | Sold (part) | 10/10/11 | J | A | |
| 269. | | | | | Buy (add'l) | 12/06/11 | J | | |
| 270. | | | | | Buy (add'l) | 12/07/11 | J | | |
| 271. Tetra Technologies Inc. | | None | J | T | | | | | |
| 272. Texas Industries Inc | A | Dividend | J | T | Buy | 07/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. The Jones Group Inc | A | Dividend | J | T | Buy | 03/16/11 | J | | |
| 274. | | | | | Buy (add'l) | 06/03/11 | J | | |
| 275. | | | | | Buy (add'l) | 07/11/11 | J | | |
| 276. Thor Industries Inc. | A | Dividend | J | T | Buy (add'l) | 08/05/11 | J | | |
| 277. | | | | | Sold (part) | 10/10/11 | J | A | |
| 278. | | | | | Sold (part) | 10/21/11 | J | A | |
| 279. | | | | | Sold (part) | 11/03/11 | J | A | |
| 280. Treehouse Foods Inc | | None | | | Buy | 08/12/11 | J | | |
| 281. | | | | | Buy (add'l) | 08/25/11 | J | | |
| 282. | | | | | Sold (part) | 09/23/11 | J | A | |
| 283. | | | | | Sold | 12/05/11 | J | A | |
| 284. Trinity Industries Inc | A | Dividend | J | T | Buy | 03/10/11 | J | | |
| 285. | | | | | Sold (part) | 03/21/11 | J | A | |
| 286. United Stationers Inc. | A | Dividend | J | T | Buy (add'l) | 09/28/11 | J | | |
| 287. Varian Semiconductor Eqpt Assoc Inc. | | None | | | Sold (part) | 03/03/11 | J | A | |
| 288. | | | | | Sold | 06/14/11 | J | A | |
| 289. Volcom Inc. | | None | | | Buy (add'l) | 01/24/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. | | | | | Sold | 06/20/11 | J | A | |
| 291. Wabtec Corp | A | Dividend | J | T | Sold (part) | 03/21/11 | J | A | |
| 292. | | | | | Sold (part) | 04/05/11 | J | A | |
| 293. | | | | | Sold (part) | 10/10/11 | J | A | |
| 294. Watts Water Tech | A | Dividend | J | T | Buy | 04/19/11 | J | | |
| 295. WEBMD Hlth Corp | | None | J | T | Buy | 07/28/11 | J | | |
| 296. | | | | | Sold (part) | 09/20/11 | J | A | |
| 297. | | | | | Buy (add'l) | 11/03/11 | J | | |
| 298. Westar Energy Inc. | A | Dividend | J | T | Sold (part) | 03/21/11 | J | A | |
| 299. Zions Bancorp | A | Dividend | J | T | Sold (part) | 03/21/11 | J | A | |
| 300. | | | | | Buy (add'l) | 04/06/11 | J | | |
| 301. | | | | | Buy (add'l) | 09/27/11 | J | | |
| 302. | | | | | Buy (add'l) | 12/06/11 | J | | |
| 303. BROKERAGE ACCOUNT 92 | | | | | | | | | |
| 304. Atlanta GA Arpt Rev Ref (2018) | | None | J | T | Buy | 07/21/11 | J | | |
| 305. Citizens PPTY Ins Corp Fla Coastal (2016) | A | Interest | J | T | Buy | 06/30/11 | J | | |
| 306. Hornell NY SD Ref (2019) | | None | J | T | Buy | 12/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 05/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Intermountain Power Agency UT (2012) | A | Interest | J | T | | | | | |
| 308. Interstate MunUtil Dist, TX (2012) | A | Interest | K | T | | | | | |
| 309. Markham ILL GO (2022) | B | Interest | K | T | | | | | |
| 310. Palm Beach Fla Solid Waste Rev Ref (2022) | | None | J | T | Buy | 10/06/11 | J | | |
| 311. Salt Lake City UT Rev (2015) | A | Interest | K | T | | | | | |
| 312. Sandoval Cnty N Mex (2011) | A | Interest | | | Redeemed | 08/15/11 | K | A | |
| 313. Sumner WA Imp Dist (2022) | A | Interest | K | T | | | | | |
| 314. Surprise AZ Mun Ppty (2022) | A | Interest | K | T | | | | | |
| 315. BROKERAGE ACCOUNT 96 | | | | | | | | | |
| 316. 40 S Africa Gold Krugerrands | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNIFF, PETER J. | 05/3/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments

1) The Trust #1 (ECM) shown as Item 6 is the ▮▮▮▮▮▮ Revocable Trust. All of the assets held in the trust name are held in brokerage accounts and are listed in detail in this report .

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ PETER J. MCNIFF**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544